Kenneth Scott **BOEHM**, Appellant,

v.

**UNITED STATES of America,**
**Appellee.**

No. 25289.

United States Court of Appeals
Fifth Circuit.

April 30, 1968.

Kolander & Templeton, Amarillo, Tex., Robert L. Templeton, Amarillo, Tex., of counsel, for appellant.

Alex H. McGlinchey, Asst. U. S. Atty., Fort Worth, Tex., for appellee.

Before RIVES, BELL and GOLD-BERG, Circuit Judges.

PER CURIAM:

It appearing that the within case is controlled by Marchetti v. United States, 1968, 390 U.S. 39, 88 S.Ct. 697, 19 L.Ed. 2d 889; and Grosso v. United States, 1968, 390 U.S. 62, 88 S.Ct. 709, 716, 19 L.Ed.2d 906, the judgment of conviction is reversed and the case is remanded to the District Court for dismissal.

Reversed and remanded with direction.

Charles I. **SPIESEL**, Plaintiff-Appellant,

v.

Allan **ROOS** et al., Defendants-Appellees.

No. 452, Docket 32001.

United States Court of Appeals
Second Circuit.

Argued April 25, 1968.

Decided April 26, 1968.

Myron A. Ellis, New York City, for appellant.

John J. Langan, New York City (Schaffner & D'Onofrio and F. V. Mina, New York City, on the brief), for appellee Pinkerton's National Detective Agency.

F. Roberts Blair, New York City for appellee James Butler.

Before HAYS, ANDERSON and FEINBERG, Circuit Judges.

PER CURIAM:

Judgment affirmed.

**UNITED STATES of America,**
**Appellee,**

v.

Samuel Lesley **JONES**, Appellant.

No. 11781.

United States Court of Appeals
Fourth Circuit.

Argued April 1, 1968.

Decided April 4, 1968.

James H. Harvell, III, Newport News, Va. (Court-appointed counsel), for appellant.

C. V. Spratley, Jr., U. S. Atty., and Roger T. Williams, Asst. U. S. Atty., on brief, for appellee.

Before HAYNSWORTH, Chief Judge, and BOREMAN and BUTZNER, Circuit Judges.

PER CURIAM:

For the reasons stated in open court, the judgment is

Affirmed.